**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEANN A. MCBRAYER,

    Plaintiff,

                                          CASE NO. 08-11902

-vs-

                                          PAUL D. BORMAN
AARON J. MAIKE, ET AL.,                    UNITED STATES DISTRICT
                                                    JUDGE

    Defendants.
_____/

**ORDER (1) DISMISSING PLAINTIFF'S COMPLAINT;
(2) DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT
PREPAYMENT OF FEES; AND
(3) DENYING AS MOOT PLAINTIFF'S APPLICATION FOR APPOINTMENT OF
COUNSEL**

This case is one of many Plaintiff has filed in this Court and in state court arising from the same set of facts, against the same group of Defendants. (*See* Case No. 07-723525 and Case No. 07-727866 in Wayne County Circuit Court; Case No. 07-13834, Case No. 07-14347, Case No. 07-CV-13834, Case No. 07-07872 and Case No. 08-10404 in the United States District Court for the Eastern District of Michigan). All of these actions, including the instant suit, are based on Plaintiff's various claims of discrimination and/or her dismissal from Baker College during the early part of 2006.

This Court recently prohibited Plaintiff from filing any other actions based on this subject matter in one the related cases. *See McBrayer v. Baker College*, No. 08-10404 (E.D. Mich. filed Jul. 3, 2008). The Court has also found that all of the aforementioned federal suits against Defendants Harvey W. Evans, The Baker College System, Aaron Maike, and Baker College of Allen Park (or some combination thereof) based on this subject matter are barred by the doctrine of *res judicata*.

Therefore, as Plaintiff has been prohibited from filing an action based on this subject matter, the Court:

(1) **DISMISSES** Plaintiff's Complaint (Dkt. No. 1);

(2) **DENIES AS MOOT** Plaintiff's Application to proceed without prepayment of fees (Dkt. No. 11) and

(3) **DENIES AS MOOT** Plaintiff's Application for Appointment of Counsel (Dkt. No. 12).

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 22, 2008.

s/Denise Goodine
Case Manager